HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  ESMERALDA L AREVALO　　　　　　　　　　　Atty:  HERBERT B. RAYMOND, ESQ.
　　　123 BERKELEY TERRACE　　　　　　　　　　　　　　　7 GLENWOOD AVENUE
　　　PLAINFIELD,  NJ  07062　　　　　　　　　　　　　　　　4TH FLOOR SUITE 408
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-18952

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,460.00**

### RECEIPTS AS OF 01/01/2025　　　　(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/08/2024 | $485.00 | | 11/08/2024 | $485.00 | |
| 12/09/2024 | $485.00 | | | | |

**Total Receipts: $1,455.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $1,455.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025　　　　(Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 116.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,000.00 | 100.00% | 1,823.60 | 2,176.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,344.81 | * | 0.00 | |
| 0003 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITIBANK NA | UNSECURED | 860.32 | * | 0.00 | |
| 0009 | CLUB EXPLORIA LLC | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/LANE BRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | COMENITY BANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/TORRID | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,624.60 | * | 0.00 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 17,306.13 | * | 0.00 | |
| 0021 | FLAGSTAR BANK | (NEW) Prepetition | 1,258.73 | 100.00% | 0.00 | |
| 0023 | GREENSKY INC #3877 | UNSECURED | 28,652.50 | * | 0.00 | |
| 0025 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | AIDVANTAGE | UNSECURED | 40,631.54 | * | 0.00 | |
| 0032 | SYNCHRONY BANK/HHGREGG | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 24-18952

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 559.06 | * | 0.00 | |
| 0036 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,795.92 | * | 0.00 | |
| 0042 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,784.71 | * | 0.00 | |

**Total Paid: $1,940.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $1,455.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,940.00    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.