HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ 07017

Re: ESMERALDA L AREVALO
123 BERKELEY TERRACE
PLAINFIELD, NJ 07062

Atty: HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ 07017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-18952**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $17,564.00**

## RECEIPTS AS OF 01/15/2026
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/08/2024 | $485.00 | | 11/08/2024 | $485.00 | |
| 12/09/2024 | $485.00 | | 01/10/2025 | $485.00 | |
| 02/10/2025 | $485.00 | | 03/10/2025 | $485.00 | |
| 04/08/2025 | $485.00 | | 05/08/2025 | $485.00 | |
| 06/09/2025 | $485.00 | | 07/09/2025 | $485.00 | |
| 08/08/2025 | $485.00 | | 09/09/2025 | $485.00 | |
| 10/08/2025 | $489.00 | | 11/10/2025 | $489.00 | |
| 12/08/2025 | $489.00 | | 01/09/2026 | $489.00 | |

**Total Receipts: $7,776.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,776.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AIDVANTAGE | | | | | | |
| | 09/16/2025 | $96.45 | 950,002 | 10/20/2025 | $187.60 | 951,425 |
| | 11/17/2025 | $187.60 | 952,898 | 12/15/2025 | $187.58 | 954,298 |
| | 01/12/2026 | $187.60 | 955,734 | | | |
| CITIBANK NA | | | | | | |
| | 10/20/2025 | $6.01 | 951,340 | 12/15/2025 | $7.95 | 954,220 |
| | 01/15/2026 | ($7.95) | 954,220 | 01/15/2026 | $7.95 | 956,952 |
| DISCOVER FINANCIAL | | | | | | |
| | 09/16/2025 | $41.08 | 950,427 | 10/20/2025 | $79.90 | 951,870 |
| | 11/17/2025 | $79.90 | 953,340 | 12/15/2025 | $79.90 | 954,748 |
| | 01/12/2026 | $79.91 | 956,158 | | | |
| GREENSKY INC #3877 | | | | | | |
| | 09/16/2025 | $68.01 | 950,166 | 10/20/2025 | $132.29 | 951,583 |
| | 11/17/2025 | $132.29 | 953,056 | 12/15/2025 | $132.28 | 954,454 |
| | 01/12/2026 | $132.29 | 955,882 | | | |

**Chapter 13 Case # 24-18952**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 10/20/2025 | $12.55 | 8,004,783 | 11/17/2025 | $8.29 | 8,004,827 |
| | 12/15/2025 | $8.30 | 8,004,865 | 01/12/2026 | $8.28 | 8,004,906 |
| M & T BANK | | | | | | |
| | 06/16/2025 | $112.80 | 946,433 | 07/14/2025 | $460.75 | 947,890 |
| | 08/18/2025 | $460.75 | 949,246 | 09/16/2025 | $224.43 | 950,588 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/16/2025 | $15.06 | 8,004,743 | 10/20/2025 | $29.29 | 8,004,785 |
| | 11/17/2025 | $29.29 | 8,004,824 | 11/17/2025 | $6.49 | 8,004,824 |
| | 12/15/2025 | $29.29 | 8,004,864 | 01/12/2026 | $29.31 | 8,004,905 |
| | 01/12/2026 | $5.16 | 8,004,905 | | | |
| RESURGENT CAPITAL SERVICES | | | | | | |
| | 10/20/2025 | $11.35 | 8,004,796 | 11/17/2025 | $7.50 | 8,004,833 |
| | 12/15/2025 | $7.51 | 8,004,873 | 01/12/2026 | $7.49 | 8,004,916 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 10/20/2025 | $12.47 | 951,349 | 11/17/2025 | $8.24 | 952,827 |
| | 12/15/2025 | $8.25 | 954,227 | 01/12/2026 | $8.23 | 955,668 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 442.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,000.00 | 100.00% | 4,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,344.81 | * | 132.24 | |
| 0003 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITIBANK NA | UNSECURED | 860.32 | * | 13.96 | |
| 0009 | CLUB EXPLORIA LLC | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/LANE BRYANT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | COMENITY BANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/TORRID | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,624.60 | * | 33.85 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 17,306.13 | * | 360.69 | |
| 0021 | M & T BANK | (NEW) Prepetition A | 1,258.73 | 100.00% | 1,258.73 | |
| 0023 | GREENSKY INC #3877 | UNSECURED | 28,652.50 | * | 597.16 | |
| 0025 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | AIDVANTAGE | UNSECURED | 40,631.54 | * | 846.83 | |
| 0032 | SYNCHRONY BANK/HHGREGG | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 559.06 | * | 11.65 | |
| 0036 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,795.92 | * | 37.42 | |
| 0042 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,784.71 | * | 37.19 | |

**Total Paid: $7,772.03**

See Summary

**Chapter 13 Case # 24-18952**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $7,776.00 - Paid to Claims: $3,329.72 - Admin Costs Paid: $4,442.31 = Funds on Hand: $3.97

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.